UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00244-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>**BRENT BORDELON,** )<br>)<br>Defendant. ) | ORDER |

**THIS MATTER** is before the court on the parties' Joint Motion to Accept Payment of Monetary Penalties (#21). Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Accept Early Payment of Monetary Penalties (#21) is **GRANTED**. The Clerk of Court is instructed to accept prepayment of the monetary penalties in this matter in any amount and deposit funds into the non-interest Treasury Registry Fund until Judgment. Upon entry of the Judgment, the Clerk shall transfer the funds from the Treasury Registry Fund to the Restitution Fund for disbursement to victims as identified in the Judgment. The Clerk shall then distribute the funds in accordance with the terms of the Judgment without further order of this Court. **IT IS FURTHER ORDERED** that the Government is directed to serve a copy of this Order upon the Financial Deputy Clerk.

Signed: July 6, 2015



Max O. Cogburn Jr.
United States District Judge